UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TOXIE ODOM #273646**                                         **CIVIL ACTION**

**versus**                                                     **NO. 09-3028**

**DENIS WHEAT**                                                **SECTION: "I" (1)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Toxie Odom** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ____29th____ day of September, 2009.

                                                                     _____
                                                                     LANCE M. AFRICK
                                                                     UNITED STATES DISTRICT JUDGE